| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for MTGLQ Investors, L.P. | |
| In Re:<br>Jospeh W. Crescenzo<br><br>                    Debtor | Case No: <u>17-14004 ABA</u><br><br>Chapter: <u>13</u><br><br>Judge: Andrew B. Altenburg Jr. |

# NOTICE OF APPEARANCE

    Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MTGLQ Investors, L.P.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

207 Jamestown Boulevard Hammonton, NJ 08037

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:06/29/2017

                    **/s/ Denise Carlon, Esquire**
                    Denise Carlon, Esquire
                    Brian C. Nicholas, Esquire
                    **KML Law Group, P.C.**
                    216 Haddon Avenue, Ste. 406
                    Westmont, NJ 08108
                    (609) 250-0700 (NJ)
                    (215) 627-1322 (PA)
                    FAX: (609) 385-2214
                    Attorney for Movant/Applicant

*new 8/1/15*