Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17−14004−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph W Crescenzo
   355 North Street
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−8872

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2017
JAN: bc

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph W Crescenzo  
    Debtor

Case No. 17-14004-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 27, 2017  
                       Form ID: 148    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db             +Joseph W Crescenzo,    355 North Street,    Hammonton, NJ 08037-9719
cr             +Foreclosed Assets Sales and Transfer Partnership,    c/o Norris McLaughlin & Marcus, P.A.,
                 400 Crossing Boulevard,    8th Floor,    Bridgewater, NJ 08807-2863
cr             +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
516675845      +Foreclosed Asset Sales and Transfer Part,    Norris McLaughlin and Marcus,
                 721 US Highway 202/206 Ste 200,    Bridgewater, NJ 08807-2510
516794799      +Foreclosed Assets Sales and Transfer Partnership,    Apex Bank,
                 430 Montbrook Lane, Suite 207-208,    Knoxville, TN 37919-2705
516904081      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
516675848       Seterus Inc,    14523 SW Millikan Way Ste 200,    Beaverton, OR  97005-2352
516812458      +Seterus, Inc., as authorized subservicer for Feder,    c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516675846       EDI: IRS.COM Jul 27 2017 23:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
516717110      +EDI: DRIV.COM Jul 27 2017 23:14:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
516675847       EDI: DRIV.COM Jul 27 2017 23:14:00      Santander Consumer USA,    5201 Rufe Snow Dr,
                 North Richland Hills, TX  76180-6036
516718627      +EDI: DRIV.COM Jul 27 2017 23:14:00      Santander Consumer USA Inc,    PO Box 961245,
                 Fort Worth TX 76161-0244
516688104      +EDI: RMSC.COM Jul 27 2017 23:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matteo  Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               mpercontino@nmmlaw.com, mmarks@nmmlaw.com
              Moshe  Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```