| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GARY N. MARKS**<br>**NORRIS, McLAUGHLIN & MARCUS, PA**<br>400 Crossing Blvd., 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>*Attorneys for Foreclosed Assets Sales and Transfer Partnership* | |
| In Re:<br><br>JOSEPH W. CRESCENZO,<br><br>          Debtor. | Case No.:       17-14004 (ABA)<br><br>Chapter:        13<br><br>Hearing Date:   September 12, 2017<br><br>Judge:          Hon. Andrew B. Altenburg |

## ADJOURNMENT REQUEST

1.  I, Gary N. Marks,

    ☒   am the attorney for: Foreclosed Assets Sales and Transfer Partnership (Mortgagee),

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Debtor's Motion to Reinstate Chapter 13 Petition

    Current hearing date and time: September 12, 2017 at 10:00 a.m.

    New date requested: September 19, 2017 at 10:00 a.m.

    Reason for adjournment request: As a result of vacation and holiday schedules, counsel for mortgagee was unable to consult with client and timely prepare and file opposition pleadings.

2.  Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    I have consent of Debtor's counsel. I do not have consent of other creditors or the Chapter 13 Trustee because it is logistically not feasible to identify such parties or timely obtain such consent.

I certify under penalty of perjury that the foregoing is true.

Date: September 5, 2017                           /s/ Gary N. Marks
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

                                                          9/19/17 at 10 am

[x] Granted      New hearing date: _____      [ ] Peremptory

[ ] Granted over objection(s)   New hearing date: _____      [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

1703039-1