Form 200 – blanknotice

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–14004–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph W Crescenzo
   355 North Street
   Hammonton, NJ 08037

Social Security No.:
   xxx–xx–8872

Employer's Tax I.D. No.:

---

NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above–captioned case which was dismissed on July 27, 2017 has been reinstated by order dated September 27, 2017.

Dated: September 27, 2017
JAN: bc

Jeanne Naughton
Clerk