UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

    Joseph W. Crescenzo

Case No.: 17-14004

Chapter: 13

Adv. No.: N/A

Hearing Date: 9/19/2017 @ 10:00 a.m.

Judge: Andrew B. Altenburg

**CERTIFICATION OF SERVICE**

1. I, Alyson Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Moshe Rothenberg, Esq. who represents the Debtor in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 27, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Reinstating Debtor's Chapter 13 Proceeding and Vacating the Automatic Stay in Favor of Foreclosed Assets Sales and Transfer Partnership**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 27, 2017             /s/Alyson Johnson
                                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Isabel C. Balboa**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>**Denise E. Carlon**<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108<br><br>**Erin Darden**<br>DOJ-Tax<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br><br>**Gary N. Marks, Esq.**<br>Norris, McLaughlin & Marcus, PA<br>400 Crossing Blvd., 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br><br>**Robert P. Saltzman**<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Chapter 13 Trustee<br><br><br><br><br>Counsel for MTGLQ INVESTORS, L.P.<br><br><br><br><br><br>Counsel for the United States of America<br><br><br><br><br>Counsel for Foreclosed Assets Sales and Transfer Partnership<br><br><br><br>Counsel for Seterus, Inc. | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>☒Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **Joseph W. Crescenzo**<br>355 North Street<br>Hammonton, NJ 08037 | Debtor | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **Foreclosed Assets Sales and Transfer Partnership**<br>Apex Bank<br>430 Montbrook Lane, Suite 207-208<br>Knoxville, TN 37919<br><br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| **MTGLQ Investors, L.P.**<br>Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville SC 29603<br><br>**Santander Consumer USA**<br>5201 Rufe Snow Dr<br>North Richland Hills, TX 76180-6036<br><br>**Santander Consumer USA Inc**<br>PO Box 961245<br>Fort Worth TX 76161-1245<br><br>**SANTANDER CONSUMER USA, INC.**<br>P.O. BOX 560284<br>DALLAS, TX 75356<br><br>**Seterus Inc**<br>14523 SW Millikan Way Ste 200<br>Beaverton, OR 97005-2352<br><br>**Seterus, Inc., as authorized subservicer for Feder**<br>c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143<br><br>**Synchrony Bank**<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | | |