| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **Gary N. Marks, Esq.**<br>**Norris, McLaughlin & Marcus, PA**<br>400 Crossing Boulevard, 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>gmarks@nmmlaw.com<br>*Attorneys for Foreclosed Assets Sales and Transfer Partnership* |
| In Re:<br><br>JOSEPH W. CRESCENZO,<br><br>                                    Debtor. |

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   17-14004 (ABA)

Judge:      Hon. Andrew B. Altenburg, Jr.

Chapter:    13

### ORDER REINSTATING DEBTOR'S CHAPTER 13 PROCEEDING AND VACATING THE AUTOMATIC STAY IN FAVOR OF FORECLOSED ASSETS SALES AND TRANSFER PARTNERSHIP

The relief set forth on the following pages, numbered two (2) through (3), be and is hereby **ORDERED**.

**DATED: September 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page (2)
In re: Joseph W. Crescenzo
Case No.: 17-14004 (ABA)
Caption: Order Reinstating Debtor's Chapter 13 Proceeding and Vacating the Automatic Stay in Favor of Foreclosed Assets Sales and Transfer Partnership

**THIS MATTER** having been opened to the Court by Joseph W. Crescenzo for the entry of an order reinstating his chapter 13 case, Moshe Rothenberg, Esq. appearing, and the Court having read and considered the motion and the objection filed by Foreclosed Assets Sales and Transfer Partnership ("FASTP") by and through its counsel, Gary N. Marks, Esq. of Norris, McLaughlin & Marcus, P.A., and the Court having conducted a hearing on September 19, 2017 during which it considered the opposing arguments of counsel; and for the reasons set forth on the record at the hearing and for other good and sufficient cause shown;

**IT IS HEREBY ORDERED as follows:**

1. The chapter 13 case is reinstated effective as of the date of this order. The Debtor shall serve a copy of this Order on the Chapter 13 Trustee and provide notice of the reinstatement to all creditors and interested parties by first class mail within seven (7) days of the date of this order.

2. The automatic stay is vacated so as to permit FASTP to resume and prosecute to conclusion its foreclosure action relating to real property located at 317 Winding Way, Hammonton, New Jersey (the "Property'), including proceeding with a sheriff's sale of the Property and to otherwise take such steps as are reasonably necessary to adequately protect its rights and interests with respect to the Property as it relates to the Debtor.

3. Pursuant to 11 U.S.C. §362(d)(4), any and all future filings by the Debtor will not operate as an automatic stay of FASTP's state law rights with respect to the Property, including

Page (3)
In re:        Joseph W. Crescenzo
Case No.:     17-14004 (ABA)
Caption:      Order Reinstating Debtor's Chapter 13 Proceeding and Vacating the Automatic Stay in Favor of Foreclosed Assets Sales and Transfer Partnership

proceeding with a sheriff's sale of the Property, for a period of two (2) years after the date of entry of this Order.

The Honorable Andrew B. Altenburg, Jr.

1703377-1

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph W Crescenzo  
    Debtor

Case No. 17-14004-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Sep 27, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db         +Joseph W Crescenzo,   355 North Street,    Hammonton, NJ 08037-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov  
         Gary N. Marks    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership gnmarks@nmmlaw.com, mmarks@nmmlaw.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Matteo Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership mpercontino@nmmlaw.com, matteo.percontino@leclairryan.com  
         Moshe Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com, alyson@mosherothenberg.com  
         Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 9