|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on October 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:    17-14004<br><br>Chapter:    13 |
| In Re:<br><br>   Joseph W. Crescenzo | Hearing Date: N/A<br><br>Judge:    Andrew B. Altenburg |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 23, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Joseph W. Crescenzo
Case No.: 17-14004/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14004-ABA
Joseph W Crescenzo                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 23, 2017
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db              +Joseph W Crescenzo,    355 North Street,    Hammonton, NJ 08037-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Erin Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
      Gary N. Marks    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership gnmarks@nmmlaw.com, mmarks@nmmlaw.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Matteo Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership matteo.percontino@leclairryan.com, matteo.percontino@leclairryan.com
      Moshe Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com, alyson@mosherothenberg.com
      Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 9