Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14004−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph W Crescenzo
   355 North Street
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−8872

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 3/15/2017 and a confirmation hearing on such Plan has been scheduled for 5/10/2017.

The debtor filed a Modified Plan on 11/02/2017 and a confirmation hearing on the Modified Plan is scheduled for 11/29/2017. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 2, 2017
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-14004-ABA
Joseph W Crescenzo                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Nov 02, 2017
                              Form ID: 186             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db          +Joseph W Crescenzo,    355 North Street,    Hammonton, NJ 08037-9719
cr          +Foreclosed Assets Sales and Transfer Partnership,    c/o Norris McLaughlin & Marcus, P.A.,
              400 Crossing Boulevard,    8th Floor,    Bridgewater, NJ 08807-2863
cr          +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
516675845   +Foreclosed Asset Sales and Transfer Part,    Norris McLaughlin and Marcus,
              721 US Highway 202/206 Ste 200,    Bridgewater, NJ 08807-2510
516794799   +Foreclosed Assets Sales and Transfer Partnership,    Apex Bank,
              430 Montbrook Lane, Suite 207-208,    Knoxville, TN 37919-2705
516904081   +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville SC 29603-0826
516717110   +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
517115153   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516675847    Santander Consumer USA,    5201 Rufe Snow Dr,    North Richland Hills, TX  76180-6036
516718627   +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth TX 76161-0244
516675848    Seterus Inc,   14523 SW Millikan Way Ste 200,    Beaverton, OR  97005-2352
516812458   +Seterus, Inc., as authorized subservicer for Feder,    c/o Seterus, Inc.,    PO Box 1047,
              Hartford, CT 06143-1047
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516675846    E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:37      Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA  19101-7346
516688104   +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 22:34:23      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Gary N. Marks    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               gnmarks@nmmlaw.com, mmarks@nmmlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matteo  Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               matteo.percontino@leclairryan.com, anna.sullivan@leclairryan.com

```
District/off: 0312-1          User: admin                 Page 2 of 2          Date Rcvd: Nov 02, 2017
                              Form ID: 186                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Moshe   Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com, alyson@mosherothenberg.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                TOTAL: 9