UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Joseph W. Crescenzo

Case No.: 17-14004
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

_____Joseph W. Crescenzo_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | U.S. Bankruptcy Court |
| | 401 Market St. |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg_____ on _____12/19/2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, _____401 Market St., Camden, NJ 08101_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 207 Jamestown Blvd. |
| --- | --- |
| | Hammonton, NJ 08037 |

| Proposed Purchaser: | Lori Santelli |
| --- | --- |

| Sale price: | $200,000.00 |
| --- | --- |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Frank Calletta |
| --- | --- |
| Amount to be paid: | 4% of sales price ($8,000.00) |
| Services rendered: | finding a buyer and all normal realtor/broker services associated with selling a property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Moshe Rothenberg, Esq.

Address: 880 E. Elmer Road, Vineland, NJ 08360

Telephone No.: (856) 236-4374

*rev.8/1/15*

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                                    Case No. 17-14004-ABA
Joseph W Crescenzo                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
```
db             +Joseph W Crescenzo,    355 North Street,    Hammonton, NJ 08037-9719
cr             +Foreclosed Assets Sales and Transfer Partnership,    c/o Norris McLaughlin & Marcus, P.A.,
                 400 Crossing Boulevard,    8th Floor,   Bridgewater, NJ 08807-2863
cr             +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,   Hartford, CT 06143-1047
516675845      +Foreclosed Asset Sales and Transfer Part,    Norris McLaughlin and Marcus,
                 721 US Highway 202/206 Ste 200,    Bridgewater, NJ 08807-2510
516794799      +Foreclosed Assets Sales and Transfer Partnership,    Apex Bank,
                 430 Montbrook Lane, Suite 207-208,    Knoxville, TN 37919-2705
516904081      +MTGLQ Investors, L.P.,   Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
517163733       Rosemary Crescenzo,    317 Winding Way,   Hammonton, NJ 08037-2210
516717110      +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,   DALLAS, TX 75356-0284
517115153     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
516675847       Santander Consumer USA,    5201 Rufe Snow Dr,   North Richland Hills, TX  76180-6036
516718627      +Santander Consumer USA Inc,    PO Box 961245,   Fort Worth TX 76161-0244
516675848       Seterus Inc,    14523 SW Millikan Way Ste 200,   Beaverton, OR 97005-2352
516812458      +Seterus, Inc., as authorized subservicer for Feder,    c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516675846       E-mail/Text: cio.bncmail@irs.gov Nov 22 2017 00:04:52     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
516688104      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:29:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Gary N. Marks    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               gnmarks@nmmlaw.com, mmarks@nmmlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matteo  Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               matteo.percontino@leclairryan.com, anna.sullivan@leclairryan.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Nov 21, 2017
                              Form ID: pdf905          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Moshe   Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com, alyson@mosherothenberg.com
          Robert P. Saltzman    on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                           TOTAL: 9