Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-14004 (ABA)**

Joseph W. Crescenzo  
335 North Street  
Hammonton, NJ  08037

Monthly Payment: $1,066.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | $580.00 | 05/15/2017 | $1,162.00 | 11/06/2017 | $400.00 | 11/14/2017 | $400.00 |
| 12/11/2017 | $400.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH W. CRESCENZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $3,060.00 | $2,433.69 | $2,232.43 | $1,606.12 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $500.00 | $135.22 | $364.78 | $0.00 |
| 1 | FORECLOSED ASSETS SALES & TRANSFER PARTNERSHIP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA, INC. | 24 | $8,931.21 | $0.00 | $8,931.21 | $0.00 |
| 4 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $7,401.60 | $0.00 | $7,401.60 | $0.00 |
| 10 | FORECLOSED ASSETS SALES & TRANSFER PARTNERSHIP | 13 | $531.00 | $143.61 | $387.39 | $0.00 |
| 11 | MTGLQ INVESTORS, LP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 33 | $2,310.36 | $0.00 | $0.00 | $0.00 |
| 13 | STATE OF NEW JERSEY | 24 | $2,630.99 | $0.00 | $2,630.99 | $0.00 |
| 14 | STATE OF NEW JERSEY | 28 | $5,957.26 | $0.00 | $5,957.26 | $0.00 |
| 15 | ROSE MARY CRESCENZO | 28 | $16,621.27 | $0.00 | $16,621.27 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2017 | 7.00 | $0.00 |
| 11/01/2017 | Paid to Date | $2,542.00 |
| 12/01/2017 | 52.00 | $1,066.00 |
| 04/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,942.00 |
| Total paid to creditors this period: | $1,606.12 |
| Undistributed Funds on Hand: | $368.80 |
| Arrearages: | $1,332.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**