STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re: <br><br> Joseph W. Crescenzo <br> Debtor | Chapter 13 <br><br> Case Number: 17-14004-ABA <br><br> Hearing: June 26, 2018 at 10:00 a.m. <br><br> Judge: Andrew B. Altenburg Jr. |
|---|---|
| Recommended Local Form           ☐ Followed           ☑ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Joseph W. Crescenzo

Case Number: 17-14004-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion of MTGLQ Investors, L.P. through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

207 Jamestown Blvd, Hammonton, NJ 08037 -- the "Property."

☐    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-14004-ABA
Joseph W Crescenzo                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db             +Joseph W Crescenzo,    355 North Street,    Hammonton, NJ 08037-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Gary N. Marks    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               gnmarks@nmmlaw.com,    mmarks@nmmlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matteo  Percontino    on behalf of Creditor    Foreclosed Assets Sales and Transfer Partnership
               matteo.percontino@leclairryan.com,    anna.sullivan@leclairryan.com
              Moshe  Rothenberg    on behalf of Debtor Joseph W Crescenzo moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10