STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN)

| In Re: | |
|---|---|
| Joseph W. Crescenzo<br>Debtor | Chapter 13<br><br>Case Number: 17-14004-ABA<br><br>Hearing: June 26, 2018 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr. |

### CERTIFICATE OF SERVICE

1. I, Steven P. Kelly, Esq., am the attorney representing the Movant in the within Motion for Relief from Automatic Stay under §362(a) and of MTGLQ Investors, L.P.

2. On July 3, 2018, I caused the following documents: *Order and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Respectfully Submitted:

By:   /s/ Steven P. Kelly, Esq.
      Steven P. Kelly, Esq.
      Stern & Eisenberg, PC
      Counsel for Movant

Date: July 3, 2018

Service List:

| Name and Address of Parties Served | Relationship of Parties to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ◻ Hand-delivered<br>◯ Regular Mail<br>◻ Certified mail/RR<br>◻ E-Mail<br>◯ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>◻ Other:_____<br>(as authorized by the Court*) |
| Moshe Rothenberg, Esquire<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Debtor's Counsel | Hand-delivered<br>Regular Mail<br>Certified mail/RR<br>E-Mail<br>Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>Other:_____<br>(as authorized by the Court*) |
| Joseph W. Crescenzo<br>335 North Street<br>Hammonton, NJ 08037 | Debtor | ◻ Hand-delivered<br>◯ Regular Mail<br>◻ Certified mail/RR<br>◻ E-Mail<br>◻ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>◻ Other:_____<br>(as authorized by the Court*) |

STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re: | |
|---|---|
| Joseph W. Crescenzo<br>Debtor | Chapter 13<br><br>Case Number: 17-14004-ABA<br><br>Hearing: June 26, 2018 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr. |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 26, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Joseph W. Crescenzo

Case Number: 17-14004-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion of MTGLQ Investors, L.P. through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

    O    Real Property more fully described as:

207 Jamestown Blvd, Hammonton, NJ 08037 -- the "Property."

    D    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.